# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINE TERMENDZHYAN, <br><br> Plaintiff <br><br> vs. <br><br> COSTCO WHOLESALE, INC., a corporation; and DOES 1- 50, inclusive <br><br> Defendants, | No.: 2:18-cv-01646 AB(Ex) <br><br> [~~PROPOSED~~] ORDER RE: DISMISSAL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court having reviewed the Stipulation to Dismiss following the settlement of all claims by the parties, hereby orders as follows:

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the entire action is dismissed with prejudice pursuant to a settlement agreement among the parties. The parties are to bear their own costs.

DATED: October 03, 2019

_____
HONORABLE ANDRÉ BIROTTE JR.

**ORDER**